■ In the Matter of LIEUTENANTS ELIGIBLE — 1613 ASSOCIATION, on Behalf of Its Members v JUAN U. ORTIZ et al. — Motion for a preliminary injunction dismissed upon the ground that this

court lacks jurisdiction to hear the application, as indicated in the order of this court. Concur — Kupferman, J. P., Sullivan, Asch, Milonas and Kassal, JJ.